# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| VIRGINIA COBURN, | * | |
| Plaintiff, | * | |
| v. | * | CV 119-065 |
| BECHTEL POWER CORPORATION, | * | |
| Defendant. | * | |

# O R D E R

Before the Court is Defendant's Consent Motion to Stay Proceedings Pending Arbitration. (Doc. 6.) According to Defendant, Plaintiff signed a valid arbitration agreement with Defendant requiring arbitration of each claim Plaintiff alleges in this action. Defendant represents that Plaintiff consents to the present motion and requested stay.

Upon due consideration, the Court **GRANTS** the motion (Doc. 6) and **STAYS** this case pending completion of arbitration. The Court **DIRECTS** the Parties to file a joint status report with the Court on the progress of the arbitral proceedings every **NINETY (90) DAYS** until the arbitration is complete.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of July, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA