IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| VIRGINIA COBURN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-065 |
| | ) | |
| BECHTEL POWER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

The Court hereby **ORDERS** the parties to file a status report concerning the progress of arbitration on or before August 27, 2020.

SO ORDERED this 13th day of August, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA